# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: Whisky Ranch Estates, LLC      Case No.:

                                             Chapter: 7

Debtor

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1010(b) & 7007, MI TIERRA REAL-ESTATE INVESTMENT, INC., a Party to a contested matter, makes the following disclosure:

There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporate equity.

_Jan. 17th 2025_        By _[signature]_

Date                                 Juan Ochoa, President