2500E (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: ) | |
| Whiskey Ranch Estates, LLC, ) | Case No. 25-00095-WLH11 |
| ) | |
| ) | **SUMMONS TO DEBTOR IN** |
| ) | **INVOLUNTARY CASE** |
| Debtor(s) ) | |

To the above-named debtor:

A Petition under title 11, United States Code was filed against you in this bankruptcy court on January 17, 2025, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

        Address of the clerk:  United States Bankruptcy Court
                                     Eastern District of Washington
                                     PO Box 2164
                                     Spokane, WA 99210-2164

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney:

| **Mi Tierra Real-Estate Investment, Inc** | **J&K Earthworks, Inc** | **Triumph Asset Management, LLC** |
|---|---|---|
| 1603 W A St | 5593 Nature Shore Dr | 11335 NE 112nd Way, Ste 105 |
| Pasco, WA 99301 | Rock Island, WA 98850 | Kirkland, WA 98034 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: January 17, 2025



                                                   Clerk, U.S. Bankruptcy Court

                                                   by: /s/Cassandra Rehn
                                                   Deputy Clerk

SUMMONS TO DEBTOR IN INVOLUNTARY CASE - 1

DocuSign Envelope ID: 3A2E5235-B494-481D-AB05-2D36CF767619

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Washington__
(State)

Case number (if known): _____ Chapter ____

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: Whiskey Ranch Estates, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   8 6 - 3 8 6 1 4 0 1
   EIN

5. **Debtor's address**

   **Principal place of business**

   10900 NE 4th St
   Number    Street

   Ste 2300

   Bellevue        WA    98004
   City            State  ZIP Code

   King
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

| Debtor | Whiskey Ranch Estates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Debtor's website (URL)**    N/A

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

25-50095-PCL11 Doc 5 Filed 01/17/25 Entered 01/17/25 13:52:38 Pg 2 of 4
25-50095-PCL11 Doc 2 Filed 01/17/25 Entered 01/17/25 13:52:38 Pg 3 of 5

Debtor   **Whiskey Ranch Estates, LLC**            Case number *(if known)* _____
         Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mi Tierra Real Estate Invesments, Inc | Unsecured | $ 900,000 |
| J&K Earthworks, Inc | Secured/Unsecured | Depends on value $ of collateral |
| Triumph Asset Management, LLC | Secured/Unsecured | Depends on value $ of collateral |
| | Total of petitioners' claims | $ 900,000+ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**

Mi Tierra Real-Estate Investment, Inc
Name

1603 W A St
Number  Street

Pasco      WA      99301
City      State      ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

X ~[signature]~

Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

25-00095-P11 Doc 5 Filed 01/17/25 Entered 01/17/25 13:52:38 Pg 3 of 5

Debtor  __Whiskey Ranch Estates, LLC__  Case number (if known) _____
      Name

**Name and mailing address of petitioner**

__J&K Earthworks Inc__
Name

__5593 Nature Shore Dr__
Number  Street

__Rock Island__    __WA__    __98850__
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/16/2025__
      MM / DD / YYYY

DocuSigned by:
X __KURT DAVIS__ , __Secretary__
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
    MM / DD / YYYY

---

**Name and mailing address of petitioner**

__Triumph Asset Management, LLC__
Name

__11335 NE 112nd Way, Ste 105__
Number  Street

__Kirkland__    __WA__    __98034__
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/15/2025__
      MM / DD / YYYY

Signed by:
X __Chad Scott__ , __Manager__
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
    MM / DD / YYYY