Benjamin A. Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave N., No. 719
Seattle WA 98109
salishsealegal@outlook.com
*Proposed Chapter 11 Debtor's Counsel*

BANKRUPTCY COURT FOR THE EASTERN DISTRICT

OF WASHINGTON AT SPOKANE

In re:

WHISKEY RANCH ESTATES, LLC,

    Debtor.

CASE NO. 25-00095

ANSWER TO INVOLUNTARY PETITION

1. As set forth in paragraph 1, Debtor admits that it wishes to proceed in bankruptcy in Chapter 11.

2. As set forth in paragraph 2, Debtor admits that its corporate name is Whiskey Ranch Estates LLC, but clarifies that there is no "comma."

3. As set forth in paragraph 3, Debtor denies that there are any other names that it has operated under over the last 8 years other than "Northlake Haven."

4. As set forth in paragraph 4, Debtor admits that its federal EIN number is accurately indicated in the petition.

5. As set forth in paragraph 5, Debtor denies that the address is current or that Debtor can receive mail there. Rather, the Debtor's principal assets are located in Chelan, WA at the following address: Northshore Division II Lots 2-40, Chelan, WA 98816.

ANSWER - 1

SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue N., No. 719
Seattle, WA 98109
Telephone: (206) 257-9547

25-00095-FPC11    Doc 9    Filed 01/21/25    Entered 01/21/25 09:06:15    Pg 1 of 3

6. As set forth in paragraph 6, the petition correctly states that the Debtor has no website.

7. As set forth in paragraph 7, Debtor admits that it is a corporation.

8. Debtor agrees with the allegations set forth in paragraph 8 of the petition.

9. As set forth in paragraph 9, Debtor admits that no party related to it is currently proceeding in bankruptcy.

10. As set forth in paragraph 10 concerning venue, Debtor admits that over the last 180 days, its principal assets have been in the Eastern District of Washington, in Chelan, WA more so than any other district. The housing project owned by Debtor is located at Northshore Division II Lots 2-40, Chelan, WA 98816.

11. Concerning the allegations set forth in paragraph 11, Debtor admits that each petitioner is eligible to file this petition under 11 U.S.C. § 303(b); the Debtor is properly the subject of an involuntary case under 11 U.S.C. § 303(a); and further, Debtor is unable to paid its debts as they become due.

12. As set forth in paragraph 12 concerning assignment, Debtor admits that none of the petitioning creditors had their claims assigned to them by 3rd parties. As for the values of the claims, Debtor reserves the right to challenge the calculations, but generally they appear to be correct.

ANSWER - 2

SALISH SEA LEGAL PLLC
2212 Queen Anne Avenue N., No. 719
Seattle, WA 98109
Telephone: (206) 257-9547

25-00095-FPC11    Doc 9    Filed 01/21/25    Entered 01/21/25 09:06:15    Pg 2 of 3

Respectfully submitted this 21st day of January 2025.

SALISH SEA LEGAL PLLC

By: */s/ Ben Ellison*
Benjamin Ellison, WSBA #48315
2212 Queen Anne Ave N., No. 719
Seattle, WA 98109-2312
206-257-9547
salishsealegal@outlook.com
*Proposed Chapter 11 debtor's counsel*

ANSWER - 3